IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lowe, Bettie J

Printed: 02/03/09

Case Number: 08 B 25956
Judge: Hollis, Pamela S
Filed: 9/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,238.00 |  |
| Secured: |  | 91.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 6.46 |
| Other Funds: |  | 2,140.10 |
| Totals: | 2,238.00 | 2,238.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 2. | Credit Acceptance Corp | Secured | 2,743.00 | 91.44 |
| 3. | Credit Acceptance Corp | Secured | 742.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 9,490.07 | 0.00 |
| 5. | GCSMT | Unsecured | 20.00 | 0.00 |
| 6. | National Capital Management | Unsecured | 85.22 | 0.00 |
| 7. | Option One Mortgage Corp | Secured |  | No Claim Filed |
| 8. | First Premier Bank | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | CHA Employees Federal CU | Unsecured |  | No Claim Filed |
| 12. | Credit One | Unsecured |  | No Claim Filed |
| 13. | First Premier Bank | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | Pentagroup Financial, LLC | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Steven D Gertler & Assoc | Unsecured |  | No Claim Filed |
| 18. | West Asset Management | Unsecured |  | No Claim Filed |
| 19. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 20. | Social Security Administration | Unsecured |  | No Claim Filed |
| 21. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,080.29 | $ 91.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lowe, Bettie J | Case Number: 08 B 25956 |
| | Judge: Hollis, Pamela S |
| Printed: 02/03/09 | Filed: 9/29/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 6.46 |
| | $ 6.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ signature*